■ In the Matter of TIANNA M., a Person Alleged to be a Juvenile Delinquent, Appellant. [648 NYS2d 923] —Order of disposition, Family Court, New York County (Mary Bednar, J.), entered on or about March 20, 1996, which adjudicated respondent a juvenile delinquent and placed her with the Division for Youth in a limited service facility for a period not to exceed 18 months, following a fact-finding determination that respondent had committed acts which, if committed by an adult, would constitute the crimes of attempted robbery in the first and second degrees, unanimously affirmed, without costs.

The finding was based on legally sufficient evidence and was not against the weight of the evidence that respondent accompanied the other perpetrators in approaching the victim, remained present during the robbery, alerted the others to "break it off" upon the arrival of the police, and fled with the others (*see, Matter of Carmelo N.*, 228 AD2d 682). Concur—Murphy, P. J., Milonas, Williams, Tom and Andrias, JJ.

■ APPLE BANK FOR SAVINGS, Respondent, v ASHKENAZI REALTY INC., Appellant, et al., Defendants. [648 NYS2d 922] —Judgment, Supreme Court, Bronx County (Bertram Katz, J.), entered May 3, 1996, which, *inter alia*, granted plaintiff's motion for summary judgment on the complaint for the foreclosure and sale of real property, unanimously affirmed, with costs.

Plaintiff demonstrated its entitlement to summary judgment as a matter of law, and defendant-appellant failed to raise a triable issue of fact as to any waiver of plaintiff's right to accelerate the entire debt under the mortgage. In view of the express language of the mortgage, and the lack of any evidence of an agreement to excuse defendant-appellant's default, plaintiff's acceptance of partial payments did not raise an issue of fact as to waiver. We have considered appellant's remaining contentions and find them to be without merit. Concur—Murphy, P. J., Milonas, Williams, Tom and Andrias, JJ.